# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **TOMMY DEBELL GRIFFIN,** | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 3:17-CV-1524-L (BT) |
| | § | |
| **LORIE DAVIS, Director TDCJ-CID,** | § | |
| | § | |
| Respondent. | § | |

## ORDER

Before the court is Tommy Debell Griffin's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (Doc. 3), filed June 8, 2017; and Lorie Davis's ("Respondent") Response (Doc. 9), filed August 3, 2017. On December 26, 2018, United States Magistrate Judge Rebecca Rutherford entered the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report"), recommending that the petition be dismissed as barred by the statute of limitations. No objections to the Report were filed.

Having reviewed the record in this case, Report, and applicable law, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **denies** Petitioner's Petition for Writ of Habeas Corpus (Doc. 3) and **dismisses with prejudice** this action as barred by the statute of limitations.

**It is so ordered** this 30th day of January, 2019.

                                                            Sam A. Lindsay
                                                            United States District Judge